**EXHIBIT A**

new jersey classifieds for apts, jobs, and items for sale - backpage.com

# backpage.com

**new jersey** free classifieds

Post an Ad

keyword [ ] buy/ sell/ trade [ ] [search]

### all cities...
[ New Jersey ]

- central jersey, nj
- jersey shore, nj
- new jersey
- north jersey, nj
- south jersey, nj

### Top 20:
- therapeutic massage
- sports equipment and guns for sale
- pets for sale
- apartments & houses for rent
- autos for sale
- health/beauty services
- roommates
- cleaning services
- driver/delivery/courier jobs
- homes for sale
- trades & labor jobs
- restaurant, retail, hotel jobs
- electronics
- miscellaneous jobs
- furniture for sale
- want-trade
- focus group/studies
- show biz/audition
- miscellaneous
- customer service jobs

[post in multiple cities]

## local places 733
- events
- bars/clubs
- restaurants
- salons/nails/spas

## community 179
- childcare
- classes/workshops
- general
- groups
- lost & found
- volunteers

## buy/ sell/ trade 15,240
- antiq.-collectibles
- appliances
- business
- boat & motorcycle
- clothing/jewelry
- computer/electronics
- farm/garden
- free
- furniture
- household items
- miscellaneous
- pets, pet supplies
- sports equip.
- tickets
- tools/materials
- want-trade
- yard sales

## automotive 159,309
- auto-truck-rv
- auto parts
- services

## musician 280
- available/wanted
- equip/instruments
- instruction
- services
- plug the band

## rentals 47,152
- roommates
- apt/condo/house
- commercial
- vacation
- miscellaneous
- rentals wanted

## real estate 10,158
- house/condo
- land for sale
- commercial
- misc
- wanted

## jobs 100,421
- acctg/finance
- admin/office
- computer/technical
- customer service
- domestic
- driver/delivery/courier
- education
- focus group/studies
- job wanted/resume
- miscellaneous
- mgmt/professional
- medical/health
- part-time jobs
- real estate
- rest/retail/hotel
- sales/mktg
- salon/spa
- show biz/audition
- trades/labor

## dating 1,486
- women > men
- men > women
- men > men
- women > women

## adult
- escorts
- body rubs
- strippers & strip clubs
- dom & fetish
- ts
- male escorts
- phone & websites
- adult jobs

## services 20,301
- biz opps
- business
- cleaning
- computer
- creative
- financial
- health & beauty
- home improvement
- landscape/lawn
- labor/moving
- legal
- massage
- misc.
- real estate

[español]

# EXHIBIT B



# Terms of Use

Updated May 18, 2010

**Objectives/Content:**

The backpage.com web site ("Site") contains content that is provided as a service to users who agree to abide by the following acceptable conduct terms. Your right to use the Site is governed by these Terms of Use and our Privacy Policy (collectively, "Terms") and you should take the time to review both carefully before you use the Site. By using the Site in any way, you are agreeing to comply with these Terms.

The Site reserves the right to change the Terms at any time and for any reason. Updated versions of the Terms will be posted to the Site at backpage.com and you should visit this page periodically to keep apprised of any changes. By continuing to use the Site after any such change, you accept and agree to the modified Terms. The Site reserves the right to modify or discontinue, temporarily or permanently, the Site, any site features, benefits (including without limitation blocking or terminating your Account), rules or conditions, all without notice, even though such changes may affect the way you use the Site. You agree that the Site will not be liable to you or any third-party for any modification or discontinuance of the Site.

**User Conduct:**

Without limitation, you agree to refrain from the following actions while using the Site:

1. Harassing, threatening, embarrassing or causing distress or discomfort upon another individual or entity or impersonating any other person or entity or otherwise restricting or inhibiting any other person from using or enjoying the Site;

2. Transmitting any information, data, text, files, links, software, chats, communication or other materials that is unlawful, false, misleading, harmful, threatening, abusive, invasive of another's privacy, harassing, defamatory, vulgar, obscene, hateful or racially or otherwise objectionable, including without limitation material of any kind or nature that encourages conduct that could constitute a criminal offense, give rise to civil liability or otherwise violate any applicable local, state, provincial, national, or international law or regulation, or encourage the use of controlled substances;

3. Posting advertising or solicitation in categories that is not appropriate, or posting the same item or service in more than one category or more than once every 7 days, or posting the same ad in multiple cities on the Site;

4. (a) Posting adult content or explicit adult material unless: (i) such material is specifically permitted in designated adult categories and permitted under applicable federal, state, and local law; and (ii) you are at least 18 years of age or older and not considered to be a minor in your state of residence;
(b) Posting, anywhere on the Site, obscene or lewd and lascivious graphics or photographs which depict genitalia or actual or simulated sexual acts, as determined in the sole discretion of backpage.com;
(c) Posting any solicitation directly or in "coded" fashion for any illegal service exchanging sexual favors for money or other valuable consideration;
(d) Posting any material on the Site that exploits minors in any way;
(e) Posting any material on the Site that in any way constitutes or assists in human trafficking.

5. Posting any ad for products or services, use or sale of which is prohibited by any law or regulation;

6. Sending mail, e-mail, voice messages or faxes for solicitation of any other product, or service to a user of the Site unless the user has granted permission in their ad or otherwise allowed contact for solicitation;

7. Deleting or revising any material posted by any other user;

8. Interfering with or infringing the patents, copyrights, trademarks, service marks, logos, confidential information or intellectual property rights of others;

9. Using any automated device, spider, robot, crawler, data mining tool, software or routine to access, copy, or download any part of the Site unless expressly permitted by the Site;

10. Taking any action creating a disproportionately large usage load on the Site unless expressly permitted by the Site:

11. Sending messages or engaging in disruptive or damaging activities online, including excessive use of scripts, sound waves, scrolling, or use of viruses, bots, worms, time bombs, Trojan horses or any other destructive element;

12. Gaining or attempting to gain unauthorized access to non-public areas of the Site. In addition, if you have a password to a non-public area of the Site, you may not disclose to, or share your password, with any third parties and/or use your password for unauthorized purposes;

13. Attempting to decipher, decompile, disassemble or reverse engineer any of the software comprising or in any way making up all or any part of the Site; modifying any meta data, copying or duplicating in any manner any of the content; framing of or linking to any of the Site, its content or information available from the Site without the express written consent of agents of the Site;

14. Discriminating on the grounds of race, religion, national origin, gender, disability, age, marital status, sexual orientation, or refers to such matters in any manner prohibited by law;

15. Posting any employment ads violating the anti-discrimination provisions of the Immigration and Nationality Act or messages which violate any law or regulation;

16. Using the Site to engage in or assist another individual or entity to engage in fraudulent, abusive, manipulative or illegal activity.

17. Posting free ads promoting links to commercial services or web sites except in areas of the Site where such ads are expressly permitted;

18. Posting any material advertising weapons the use, carrying, or advertising of which is prohibited by applicable federal, state, or local law. **You are solely responsible for complying with any and all laws and/or regulations applicable to the transfer of firearms under both applicable local, state and federal laws.** The transfer of firearms is heavily regulated and restricted, and failure to strictly comply with all such laws is a serious crime and may result in criminal prosecution. All transfers of firearms, whether by sale, lease or loan, including private transactions, must go through a **licensed firearms dealer**. Any exception to these laws, such as air guns, knives, accessories, certain antiques, and some gun parts that may not require transfer by a licensed dealer, should be first confirmed by you prior to purchase. It is your responsibility to comply with all such laws, including any and all city, county, state and Federal laws when accessing or using this site. It is also your responsibility to locate one or more licensed firearm dealers in your area and/or the area of any buyer or seller listing here who are able and willing to assist you with any such transfer. We do not offer any assistance with respect to locating a licensed dealer for your transaction or otherwise with respect to your transaction. By listing any firearm, you represent and warrant to us that you legally own and possess the item you wish to list here and have fully complied with and will continue to fully comply with all laws and regulations applicable to your listing, transfer and/or sale. By agreeing to purchase any firearm, you represent and warrant to us that you are of legal age, and are not otherwise prohibited by law from purchasing, transferring, owning, or possessing the firearm listed, and that you have fully complied with and will continue to fully comply with all laws and regulations applicable to your transfer or purchase;

Please report any violations of these Terms to: abuse@backpage.com

You agree to comply with all applicable laws, statutes, regulations, and ordinances concerning your use of the Site.

**Use of Materials:**

Any ads or messages that you post, transmit, or otherwise make available for viewing on public areas of the Site will be treated as non-confidential and non-proprietary to you. You understand and agree that any such ads and messages may be used by the Site or our affiliates, without review or approval by you, for any purpose whatsoever, and in any medium, including our print media, if any. You grant the Site (and our affiliates) the irrevocable right to use and/or edit your ads and messages, without review or approval by you, for any purpose whatsoever, including, without limitation, reproduction, disclosure, transmission, publication, broadcast, posting, and advertising in any media in perpetuity without notice or compensation to you.

**Fair Housing:**

All real estate advertising is subject to Title VIII of the Civil Rights Act of 1968 (Fair Housing Act), as amended. Title VIII of the Civil Rights Act of 1968 (Fair Housing Act), as amended, prohibits discrimination in the sale, rental, and financing of dwellings, and in other housing-related transactions, based on race, color, national origin, religion, sex, familial status (including children under the age of 18 living with parents or legal custodians, pregnant women, and people securing custody of children under the age of 18), and handicap (disability). The Site will not knowingly accept any real estate advertising which is in violation of any applicable law. Users are hereby informed that all dwellings advertised on the Site are available on an equal opportunity basis. To complain of discrimination call HUD toll-free at 1-800-669-9777. The toll-free number for the hearing impaired is 1-800-927-9275.

You acknowledge and agree that you will not submit or post any ad which discriminates based on race, color, national origin, religion, sex, sexual orientation, familial status and /or handicap/disability. If you see any ad or posting which discriminates based on any of the above factors, you are encouraged, in addition to contacting HUD, to report such ad or posting by clicking on the "Report this Ad" link located on

the ad page. You understand that we shall have the right, but not the obligation, to remove, edit or delete any ad.

**Termination of Access:**

The Site has the right terminate your access for any reason if we believe you have violated these Terms in any manner. You agree not to hold the Site liable for such termination, and further agree not to attempt to use the Site after termination.

**No Third Party Beneficiaries:**

You agree that, except as otherwise provided in this Terms of Use, there shall be no third party beneficiaries to these Terms.

**Copyright and Trademarks:**

All materials on the Site, including without limitation, logos, images, text, illustrations, audio and video files are protected by copyrights, trademarks, service marks, or other proprietary rights which are either owned by or licensed to the Site or owned by other parties who have posted on the Site. Materials from the Site and from any other web site owned, operated, controlled, or licensed by the Site may not be copied, reproduced, republished, uploaded, posted, transmitted, or distributed in any way.

In posting content on the Site, you grant the Site, and its owners and licensees, the right to use, reproduce, distribute, translate, modify, adapt, publicly perform, publicly display, archive and create derivative works from the posted content.

**Notification of Infringement**

If you believe that your work has been copied in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide the following information to the Site's Copyright Agent:

1. An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;

2. A description of the copyrighted work or other intellectual property that you claim has been infringed;

3. A description of where the material that you claim is infringing is located on the Site;

4. Your name, address, telephone number and e-mail address;

5. A signed statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and

6. A statement by you, made under penalty of perjury, that the information provided in your Notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

Our copyright agent can be reached as follows:

Copyright Agent Backpage.com LLC
PO Box 192307
Dallas, TX USA 75219

Fax: 214-757-8548

Email: abuse@backpage.com (Please put Copyright Infringement in the subject line)

The Site may, under appropriate circumstances and at our own discretion, disable and/or terminate the accounts of users who may be repeat infringers.

**Privacy Policy:**

The Site has created a Privacy Policy setting forth how information collected about you is collected, used and stored. Your use of the Site constitutes acknowledgment and agreement with our privacy policy. You further acknowledge and agree that The Site may use your personal information in the manner described in our Privacy Policy .

**Posting of Ads:**

You understand that each time you post an ad on this Site or otherwise use the Site, you agree to these Terms. By agreeing to these Terms, you acknowledge that the Site may send you e-mail messages telling you about products and services offered by the Site (or its affiliates and partners) You understand and agree that such communications are part and parcel of your registration for and use of the Site; if you do not wish to receive further communications from the Site (or its affiliates and partners), you must cancel your registration by

sending a cancellation notice to support@backpage.com.

**Fees:**

The Site may impose a fee on the posting of Content in certain areas of the Site. Users uploading Content to fee-based areas are responsible for such Content and for compliance with these Terms. Under no circumstances will the Site provide a refund in the event that Content is removed from fee-based areas for violation of these Terms.

**Links:**

The Site has no control over and is not responsible for the content of or claims made on websites that may be linked to or from the Site, whether or not they may be affiliated with the Site. Any websites linked to or from the Site are for your convenience only, and you access them at your own risk.

**Release:**

The Site assumes no responsibility for the accuracy, currency, completeness or usefulness of information, views, opinions or advice in any material contained on the Site. In addition, it does not endorse any opinions or recommendations posted by others. Any information posted on the Site is the responsibility of the person or persons posting the message. Any user who violates the Terms may be permanently banned from posting ads or using the Site. You understand that all postings, ads, messages, advertisements, photos, sounds, images, text, files, video or other materials (collectively "Content") posted on, transmitted through, or linked from the Site, are solely the responsibility of the person from whom such Content originated. You understand that the Site does not control, and is not responsible for Content available on the Site. You agree that the Site does not pre-screen, monitor or approve any Content, but that the Site shall have the right, but not the obligation to remove, move (including moving an ad or posting to another section or category within the classifieds), refuse, edit or delete any Content for any reason whatsoever. The Site shall not be responsible for any interaction between you and the other users of the Site. Your dealings with others through the Site are solely between you and such other parties. Under no circumstances will the Site be liable for any goods, services, resources or content available through such third party dealings or communications, or for any harm related thereto. The Site is under no obligation to become involved in any disputes between you and other users of the Site or between you and any other third parties.

You agree that our service is a venue for posters and users of the Site. In the event that you have a dispute with any user of the Site, you agree that the Site is under no obligation to become involved. You further agree to release the Site from any and all claims, demands, and damages arising out of or in connection with such dispute.

You are entirely responsible and liable for any ad content you post or any ad that is posted through your Account.

The Site does not offer any refunds for the early cancellation of paid sponsor ads or paid print ads. We do not issue credits or refunds due to our extremely low rates and minimal administrative staff.

You acknowledge, consent and agree that the Site may access, preserve and disclose your account information and Content you upload, post, or otherwise make available on the Site if required to do so by law or in a good faith belief that such access, preservation or disclosure is reasonably necessary to: (i) comply with legal process; (ii) comply with legal requirements imposed by Federal, State or Local law or authorities (iii) enforce these Terms; (iv) respond to claims that any Content violates the rights of third parties; (v) respond to your requests for customer service; or (vi) protect the rights, property or personal safety of the Site, its users and the public.

**Disclaimer of Warranties for Site:**

YOU EXPRESSLY AGREE THAT USE OF THE SITE IS AT YOUR OWN RISK. THE SITE SHALL NOT BE RESPONSIBLE FOR ANY CONTENT FOUND ON THESE CLASSIFIEDS. THE SITE EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT. THE SITE MAKES NO WARRANTY THAT ITS CLASSIFIEDS OR USE OF THE SITE WILL BE UNINTERRUPTED, TIMELY, SECURE, WITHOUT DEFECT OR ERROR FREE. THE SITE IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS.

YOU ACKNOWLEDGE AND AGREE THAT ANY MATERIAL, AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THIS WEB SITE IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGES TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, SO SOME OF THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU.

**Limitation of Liability:**

The information, services and products available to you on this Site may contain errors and are subject to periods of interruption. While the Site does its best to maintain the information, services and products it offers on the Site, it cannot be held responsible for any errors, defects, lost profits or other consequential damages arising from the use of the Site.

IN NO EVENT SHALL THE SITE OR ITS AFFILIATES, OWNERS, AGENTS, DIRECTORS, OFFICERS, EMPLOYEES, REPRESENTATIVES, SPONSORS, SUPPLIERS, OR PARTNERS (COLLECTIVELY "INDEMNIFIED PARTIES") BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE, SPECIAL, EXEMPLARY DAMAGES, OR ANY DAMAGES WHATSOEVER, ARISING FROM OR IN ANY WAY CONNECTED OR RELATING TO (i) THE USE OF (OR INABILITY TO USE), OR PERFORMANCE OF THIS SITE, (ii) ANY INFORMATION, SERVICES OR PRODUCTS PROVIDED THROUGH THIS SITE, OR (iii) ANY INTERACTION BETWEEN YOU AND OTHER PARTICIPANTS OF THE SITE, EVEN IF ANY OF THE INDEMNIFIED PARTIES HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU ACCEPT ALL RESPONSIBILITY FOR, AND HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS THE INDEMNIFIED PARTIES FROM AND AGAINST, ANY ACTIONS TAKEN BY YOU OR BY ANY PERSON AUTHORIZED TO USE YOUR ACCOUNT, INCLUDING WITHOUT LIMITATION, DISCLOSURE OF PASSWORDS TO THIRD PARTIES. BY USING THE SITE, YOU AGREE TO DEFEND, INDEMNIFY AND HOLD HARMLESS THE INDEMNIFIED PARTIES FROM ANY AND ALL LIABILITY REGARDING YOUR USE OF THE SITE OR PARTICIPATION IN ANY SITE'S ACTIVITIES.

IF YOU ARE DISSATISFIED WITH THE SITE, OR ANY PORTION THEREOF, OR DO NOT AGREE WITH THESE TERMS, YOUR ONLY RECOURSE AND EXCLUSIVE REMEDY SHALL BE TO STOP USING THE SITE.

If you are a California resident, you waive any rights you may have under California Civil Code § 1542, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

**Indemnity:**

You agree to indemnify and hold harmless the Indemnified Parties from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of your use of the Site, the violation of these Terms by you, or the infringement by you, or other users of the Site using your computer, of any intellectual property or other right of any person or entity. The Site reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you.

**Jurisdiction and Choice of Law:**

These Terms shall be governed by, construed and enforced in accordance with the laws of the State of Arizona without regard to its choice of law provisions. Any action you or any third party may bring to enforce these Terms, or in connection with any matters related to the Site, shall be brought only in either the state or Federal courts located in Arizona, and you expressly consent to the jurisdiction of said courts. You also agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of the Site or the Terms must be filed within one (1) year after such claim or cause of action arose or be forever barred.

**General:**

These Terms constitute the entire agreement between you and the Site and govern your use of the Site, superseding any prior agreements between you and the Site. You also may be subject to additional terms and conditions that may apply when you use affiliate services, third-party content or third-party software, or visit another site linked to by this Site. The section titles in these Terms are for convenience only and have no legal or contractual effect.

**Violations:**

Please report any violations of these Terms to: abuse@backpage.com

**Severance and Waiver:**

You acknowledge and agree that if any provision of these Terms shall be unlawful, void, or for any reason unenforceable, then that provision shall be deemed severable from these Terms and shall not affect the validity and enforceability of any remaining provisions. Furthermore, if any provision of these Terms is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision.

The Site's failure to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision unless acknowledged and agreed to by the Site.

newjersey.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.