# EXHIBIT C

**backpage.com**

north jersey, nj free classifieds

backpage.com > north jersey adult entertainment > north jersey phone & websites

# Posting Rules

You agree to the following when posting in this category:

- I will not post obscene or lewd and lascivious graphics or photographs which depict genitalia, actual or simulated sexual acts or naked images;
- I will not post any solicitation directly or in "coded" fashion for any illegal service, including exchanging sexual favors for money or other valuable consideration;
- I will not post any material on the Site that exploits minors in any way;
- I will not post any material on the Site that in any way constitutes or assists in human trafficking;
- I am at least 18 years of age or older and not considered to be a minor in my state of residence.

**Any post exploiting a minor in any way will be subject to criminal prosecution and will be reported to the Cybertipline for law enforcement.**

Postings violating these rules and our Terms of Use are subject to removal without refund.



Account Login | Affiliate Program | Promote Us | Contact Us | Help | Privacy Policy | Terms of Use | User Safety | backpage.com  © Copyright 2013

northjersey.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

http://posting.northjersey.backpage.com/...page.com/?u=nnj&serverName=posting.northjersey.backpage.com&section=4381&category=1232880&superRegion=North%20Jersey[6/19/2013 4:15:26 PM]

# EXHIBIT D



**new jersey** free classifieds

Post an Ad

backpage.com > dating > new jersey men seeking women

## Disclaimer

This section contains sexual content, including pictorial nudity and adult language. It is to be accessed only by persons who are 18 years of age or older (and is not considered to be a minor in his/her state of residence) and who live in a community or local jurisdiction where nude pictures and explicit adult materials are not prohibited by law. By accessing this website, you are representing to us that you meet the above qualifications. A false representation may be a criminal offense.

I confirm and represent that I am 18 years of age or older (and am not considered to be a minor in my state of residence) and that I am not located in a community or local jurisdiction where nude pictures or explicit adult materials are prohibited by any law. I agree to report any illegal services or activities which violate the Terms of Use. I also agree to report suspected exploitation of minors and/or human trafficking to the appropriate authorities.

**I have read the disclaimer and agree to all rules and regulations including the Terms of Use.**

I agree

I don't agree

Account Login | Affiliate Program | Promote Us | Contact Us | Help | Privacy Policy | Terms of Use | User Safety | backpage.com © Copyright 2013

newjersey.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

# EXHIBIT E

**Stop Trafficking**

Please report the suspected sexual exploitation of minors and/or human trafficking to the appropriate authorities.

United States: National Center for Missing & Exploited Children (NCMEC)
- cybertipline - report child exploitation
- 24-Hour Hotline: 1-800-843-5678

United States: National Human Trafficking Resource Center (Polaris Project)
- report human trafficking
- 24-Hour Hotline: 1-888-3737-888

Canada: National Child Exploitation Coordination Centre (NCECC)
- Hotline: 1-800-387-7962

Global Hotlines List - Country-by-Country List of Human Trafficking Hotlines