# EXHIBIT GG



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

**Jim Grant**
2067578096 tel
2067577096 fax

jimgrant@dwt.com

June 25, 2013

**VIA EMAIL & FACSIMILE[1]**

Attorney General John Jay Hoffman
Office of the Attorney General
P.O. Box 080
Trenton, NJ 08625-0080

County Prosecutors of the State of New Jersey
(As shown on attached list)

      Re:    *Lawsuits Seeking to Enjoin and Declare Invalid N.J.S.A. § 2C:13-10*

Dear Attorney General Hoffman and County Prosecutors:

      I am writing to provide you notice that our client, Backpage.com, LLC, plans to file an action tomorrow in the United States District Court for the District of New Jersey, seeking to enjoin enforcement of N.J.S.A. § 2C:13-10 ("the Act") and to declare the Act unconstitutional under the First and Fourteenth Amendments and the Commerce Clause, and in violation of Section 230 of the Communications Decency Act ("CDA"), 47 U.S.C. § 230.[2] We have also been informed that The Internet Archive will be filing a similar suit tomorrow to enjoin the Act and declare it invalid. Because the Act is scheduled to take effect July 1, 2013, both parties will also file motions asking the Court to enter a temporary restraining order, and, thereafter, a preliminary injunction precluding enforcement or application of the Act during the pendency of the suit.

      Enclosed are copies of the complaint and motion we will file on behalf of Backpage.com tomorrow. Also enclosed are two opinions issued by federal courts in Washington State and Tennessee, striking down laws in those states that are predecessors to and materially the same as the Act. *Backpage.com, LLC v. McKenna*, 881 F. Supp. 2d 1262 (W.D. Wash. 2012); *Backpage.com, LLC v. Cooper*, — F. Supp. 2d —, 2013 WL 1558785 (M.D. Tenn. Jan. 4, 2013).

---

[1] This letter and enclosures have been emailed and sent by facsimile, respectively, as shown on the attached list.

[2] Backpage.com has named the attorney general and all of county prosecutors as defendants in the action, in your official capacities. We have done so in compliance with *Ex parte Young*, 209 U.S. 123 (1908), and its progeny, as you are the officials responsible for enforcement of criminal laws in New Jersey.

Attorney General Hoffman and County Prosecutors of New Jersey
June 25, 2013
Page 2

      Given the significant issues N.J.S.A. § 2C:13-10 raises under the Constitution and the CDA, we would like to know whether defendants would be amenable to entering into a stipulated restraining order to preserve the status quo pending resolution of the parties' respective requests for a preliminary injunction.. If this is an approach you would be willing to consider, please feel free to contact me, my co-counsel, or Matt Zimmerman of the Electronic Frontier Foundation (415-436-9333, ext. 127, and mattz@eff.org), who will be counsel for the Internet Archive.

      Also, we would like to ask each of you whether you are willing to accept electronic service of process for these actions. If you are agreeable, we will separately forward the applicable summons, complaint and other materials by email.

                                        Very truly yours,

                                        James C. Grant

Enclosures

    cc:    Matt Zimmerman
            Robert Balin
            Eric Stahl
            Ambika Doran

**SENT VIA E-MAIL TO:**

Grace H. Park
Union County
32 Rahway Avenue
Elizabeth, New Jersey 07202
Email: ucpo@ucnj.org

Robert D. Bernardi
Burlington County Prosecutor
Burlington County Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060
Email: prosecutor@co.burlington.nj.us

Joseph D. Coronato
Ocean County Prosecutor
Office of the Prosecutor
119 Hooper Avenue
Toms River, NJ 08754
Email: DutyDetective@co.ocean.nj.us

Andrew C. Carey
Middlesex County Prosecutor
Public Safety Building
25 Kirkpatrick Street, 3rd Floor
New Brunswick, NJ 08901
Email: Prosecutor@co.middlesex.nj.us

Camelia Valdes
Passaic County Prosecutor
401 Grand Street
Paterson, NJ 07505
Email: cvaldes@passaiccountynj.org

Sean Dalton
Gloucester County Prosecutor
Gloucester County Admin. Building
2 South Broad Street, P. O. Box 337
Woodbury, NJ 08096
Email: gcprosecutor@co.gloucester.nj.us

Joseph L. Bocchini, Jr.
Mercer County Prosecutor
209 S. Broad Street
Trenton, NJ 08608
Email: jbocchini@mercercounty.org

James P. McClain
Atlantic County Prosecutor
4997 Unami Boulevard, Suite 2
May Landing, NJ 083330
Email: johannsen_d@acpo.org

Anthony P. Kearns, III
Hunterdon County Prosecutor
65 Park Avenue, P. O. Box 756
Flemington, NJ 08822
Email: prosecutor@co.hunterdon.nj.us

Carolyn A. Murray
Acting Essex County Prosecutor
Veterans Courthouse, 50 West Market Street
Newark, NJ 07102
Email: nadya.roachford@njecpo.org

John L. Molinelli
Bergen County Prosecutor
10 Main Street
Hacksensack, NJ 07601
Email: Prosecutor@BCPO.net

Robert L. Taylor
Cape May County Prosecutor
DN-110, 4 Moore Road
110 Justice Way
Cape May Court House, NJ 08210
Email: prosecutor@cmcpros.net

Gaetano T. Gregory
Hudson County Prosecutor
595 Newark Avenue
Jersey City, NJ 07306
Email: hcpo@hcop.org

Christopher J. Gramiccioni
Monmouth County Prosecutor
132 Jersey Avenue
Freehold, NJ 07728
Email: prosecutor@prosecutor.co.monmouth.nj.us

Fredric M. Knapp
Morris County Prosecutor
P. O. Box 900 – Court Street
Morristown, NJ  07963
Email:  prosecutor@co.morris.nj.us

John T. Lenahan
Salem County Prosecutor
Fenwick Building, Second Floor
87 Market Street, P. O. Box 462
Salem, NJ  08079
Email:  Gladys.anderson@salemcountynj.gov

Geoffrey D. Soriano
Somerset County Prosecutor
40 North Bridge Street
Somerville, NJ  08876
Email:  gsoriano@co.somerset.nj.us

Richard T. Burke
Warren County Prosecutor
413 Second Street
Belvidere, NJ  07823
Email:  rburke@wcpo-nj.us

**SENT VIA FACSIMILE TO:**

John Jay Hoffman
Attorney General, State of New Jersey
Office of the Attorney General
P.O. Box 080
Trenton, NJ 08625-0080
Fax:  (609) 292-3508

Jennifer Webb-McRae
Cumberland County Prosecutor
43 Fayette Street
Bridgton, NJ  08302
Fax:  (865) 451-1507

Warren W. Faulk
Camden County Prosecutor
25 North Fifth Street
Camden, NJ  08102
Fax:  (856) 963-0086

David Weaver
Sussex County Prosecutor
19-21 High Street
Newton, NJ  07860
Fax:  (973) 383-4929