DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, NY 10019-6708
Telephone: (212) 489-8230

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 622-3150

McCUSKER, ANSELMI, ROSEN & CARVELLI, P.C.
210 Park Ave., Suite 301
Florham Park, N.J. 07932
Telephone: (973) 635-6300

*Attorneys for Plaintiff Backpage.com, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BACKPAGE.COM, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN JAY HOFFMAN, Acting Attorney General of the State of New Jersey; JOHN L. MOLINELLI, Bergen County Prosecutor, *et al.*;<br><br>    Defendants, in their official capacities. | CIVIL ACTION NO. _____<br><br>**DECLARATION OF AMBIKA K. DORAN IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

1

I, Ambika K. Doran, declare and state as follows:

1. I am an attorney with the law firm Davis Wright Tremaine LLP, co-counsel for Plaintiff Backpage.com, LLC ("Backpage.com") in this action. I make the statements in this Declaration based on personal knowledge and a review of the files and records in this matter and am competent to testify to them.

2. Attached hereto as **EXHIBIT A** is a true and correct copy of the statute at issue in this case, passed by the New Jersey Legislature as P.L. 2013, c. 51 § 12, as codified as N.J.S.A. § 2C:13-10 ("the Act").

3. Backpage.com has notified Defendants that it would seek immediate relief to enjoin enforcement of the Act. Attached hereto as **EXHIBIT B** is a true and correct copy of a letter dated June 4, 2013, from Backpage.com's counsel to then-Attorney General Jeffrey S. Chiesa, notifying the state that Backpage.com would seek such relief. Backpage.com subsequently sent another notice on June 25, 2013, together with copies of the Complaint and Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction, via email or facsimile to all Defendants (Acting Attorney General John Jay Hoffman and each of the county prosecuting attorneys in the state). A true and correct copy of the letter sent to Defendants (without the enclosures) is attached hereto as **EXHIBIT GG**.

4. Attached hereto as **EXHIBIT C** is a true and correct copy of a Joint Statement issued in 2008 by 43 state attorneys general and craigslist.org regarding craigslist's adult advertising category, available at http://www.atg.wa.gov/uploadedFiles/Home/News/Press_Releases/2008/craigslist%20agreement%20110608.pdf.

5.  Attached hereto as **EXHIBIT D** is a true and correct copy of a craigslist.org blog post regarding its decision to drop its erotic services advertising category, available at http://blog.craigslist.org/2009/05/striking-a-new-balance.

6.  Attached hereto as **EXHIBIT E** is a true and correct copy of a September 15, 2010, New York Times article entitled "Craigslist Says It Has Shut Down Its Section for Sex Ads," available at http://www.nytimes.com/2010/09/16/business/16craigslist.html?_r=1&scp=1&sq=craigslist+escort+ad&st=nyt.

7.  Attached hereto as **EXHIBIT F** is a true and correct copy of a September 21, 2010, letter from various state attorneys general to Backpage.com's counsel urging Backpage.com to drop its adult services ad section, available at http://www.illinoisattorneygeneral.gov/pressroom/2010_09/Backpage_com9-20-2010.pdf.

8.  Attached hereto as **EXHIBIT G** is a true and correct copy of a letter dated September 16, 2011, from the National Association of Attorneys General and numerous state attorneys general to Backpage.com's counsel, available at http://atg.sd.gov/LinkClick.aspx?fileticket=DniSyOh01F0%3D&tabid=442.

9.  Attached hereto as **EXHIBIT H** is a true and correct copy of Washington Senate Bill 6251, the initial draft of that state's statute creating the offense of "advertising commercial sexual abuse of a minor."

10. Attached hereto as **EXHIBIT I** is a true and correct copy of an April 4, 2012 article from the news website Publicola entitled "Sen. Kohl-Welles: 'I think We Came Up With the Best Language We Could' on Backpage Law," available at http://www.seattlemet.com/news-and-profiles/publicola/articles/sen-kohl-welles-i-think-we-came-up-with-the-best-language-we-could-on-backpage-law.

3

11.     Attached hereto as **EXHIBIT J** is a true and correct copy of a printout showing the history of Washington Senate Bill 6251 in the 2011-2012 session from the Washington legislature website, available at http://apps.leg.wa.gov/billinfo/summary.aspx?bill=6251&year=2011. It reflects that the Washington Senate passed SB 6251 on February 8, 2012, the House of Representatives did the same on February 27, 2012, and the governor signed the bill on March 29, 2012. The law was codified as Wash. Rev. Code Ann. § 9.68A.104, and was scheduled to take effect on June 7, 2012.

12.     On June 4, 2012, Backpage.com filed an action in the United States District Court for the Western District of Washington, seeking a determination that Washington SB 6251 law was unenforceable. The case was *Backpage.com v. McKenna*, United States, No. 2:12-cv-00954 (W.D. Wash.) ("*McKenna*").

13.     Attached hereto as **EXHIBIT K** is a true and correct copy of the Western District of Washington's order dated June 5, 2012, granting Backpage.com's Motion for Temporary Restraining Order in *McKenna*. After briefing and argument, on July 27, 2012, the court entered a preliminary injunction against enforcement of the Washington law. The court's decision is reported at *Backpage.com, LLC v. McKenna*, 881 F. Supp. 2d 1262 (W.D. Wash. 2012).

14.     On December 10, 2012, the parties in *McKenna* stipulated to entry of final judgment permanently enjoining enforcement of the Washington law and awarding attorneys' fees to Backpage.com and the Internet Archive, which also joined the suit as a plaintiff. Attached hereto as **EXHIBIT L** is a true and correct copy of the Stipulation and Order entered by the court in *McKenna*. Attached hereto as **EXHIBIT M** is a true and correct copy of the Judgment entered in *McKenna* on December 10, 2012. As part of the

4

stipulation, the Washington Attorney General agreed to work with that state's Legislature to repeal Wash. Rev. Code Ann. § 9.68A.104). That repeal was enacted in the most recent legislative session as Washington SB 5488 (§ 2(1)), a true and correct copy of which is attached hereto as **EXHIBIT N**. The repeal will be effective July 28, 2013.

15. The Defendants in *McKenna* did not appeal the trial court's decision or entry of final judgment.

16. Attached hereto as **EXHIBIT O** is a true and correct copy of a bill introduced in the Tennessee Legislature creating the offense of "advertising commercial sex with a minor," introduced as Amendment No. 1 to Tennessee SB 2371. The history of the bill is reported at http://legiscan.com/TN/bill/SB2371/2011. It shows that the bill was approved in the Tennessee Senate on April, 27, 2012 and passed in the House on May 1, 2012.

17. Attached hereto as **EXHIBIT P** is a true and correct copy of Tennessee law, as signed by that state's governor on May 21, 2012, and was designated Public Chapter 1075 (later codified as Tenn. Code Ann. § 39-13-315). The law was to take effect on July 1, 2012.

18. On June 27, 2012, Backpage.com brought suit in the United States District Court for the Middle District of Tennessee to enjoin enforcement of Tennessee Public Chapter 1075. That case was *Backpage.com v. Cooper*, No. 3:12-cv-000654 (M.D. Tenn.) ("*Cooper*"). Attached hereto as **EXHIBIT Q** is a true and correct copy of a stipulation entered in *Cooper* pursuant to which the defendants agreed to stay enforcement of the Tennessee statute pending resolution of Backpage.com's action.

19. On January 3, 2013, the court entered a preliminary injunction in *Cooper* enjoining enforcement of Tennessee Public Chapter 1075, which is also reported at *Backpage.com, LLC v. Cooper*, — F. Supp. 2d —, 2013 WL 1558785 (M.D. Tenn. Jan. 3,

5

2013).  Attached hereto as **EXHIBIT R** is a true and correct copy of the ourt's March 19, 2013, order granting Backpage.com's motion to convert the preliminary injunction into a permanent injunction.  Attached hereto as **EXHIBIT S** is the March 20, 2013 Entry of Judgment in *Cooper*.  The parties and the court later noted that the statutory citation in the March 19, 2013 order was incorrect, and the court issued an amended final order on March, 27, 2013, which is reported at *Backpage.com, LLC v. Cooper*, 2013 WL 1249063 (M.D. Tenn. Mar. 27, 2013).  The defendants in *Cooper* did not appeal the trial court's injunction order or entry of judgment.

20.    On October 4, 2012, the New Jersey State Senate introduced bill S. 2239, entitled "Human Trafficking Prevention, Protection, and Treatment Act," available at http://www.njleg.state.nj.us/2012/Bills/S2500/2239_I1.PDF.  The Assembly version of the same bill was introduced October 11, 2012 as bill A.3352, available at http://www.njleg.state.nj.us/2012/Bills/A3500/3352_I1.PDF.  Attached hereto as **EXHIBIT T** is a true and correct copy of A. 3352.

21.    Attached hereto as **EXHIBIT U** is a true and correct copy of the bill history of A.3352, available (with links to the underlying legislative material) at http://www.njleg.state.nj.us/bills/billview.asp?BillNumber=A3352.

22.    Attached hereto as **EXHIBIT V** is a true and correct copy of N.J. Public Law 2013, c.51, as enacted and approved by the Governor on May 6, 2013, available at http://www.njleg.state.nj.us/2012/Bills/AL13/51_.PDF.  As shown in the caption therein, Section 12 of the law is to be codified as N.J.S.A. § 2C:13-10 (Exhibit A hereto).

23. Attached hereto as **EXHIBIT W** is a true and correct copy of the October 15, 2012, Assembly Judiciary Committee Statement to A. 3552, available at http://www.njleg.state.nj.us/2012/Bills/A3500/3352_S1.PDF.

24. Attached hereto as **EXHIBIT X** is a true and correct copy of a transcript of a portion of the audio recording of a December 13, 2012 Senate Judiciary Committee hearing on S. 2239. My office prepared this transcript by listening to and transcribing the recording. The recording is available at http://www.njleg.state.nj.us/MEDIA/OLS_MEDIA_PLAYER.HTM?wma=!{A}http://rmserver.njleg.state.nj.us/internet/2012/SJU/1213-0100PM-M0-1.wma!. The transcript starts at time code 2:35:30, which is the point in the hearing when the discussion of S.2239 begins.

25. Attached hereto as **EXHIBIT Y** is a true and correct copy of a news item dated April 2, 2012, published by the *Hartford Courant* and entitled "First Amendment Concerns Curtail Escort Ad Bill; One of Several Measures to Clear Judiciary Committee Monday," available at http://courantblogs.com/capitol-watch/first-amendment-concerns-curtail-escort-ad-bill-one-of-several-measures-to-clear-judiciary-committee-monday/. The exhibit omits those pages comprising comments to the article.

26. Attached hereto as **EXHIBIT Z** is a true and correct copy of Connecticut General Statute § 53a-196i.

27. Attached hereto as **EXHIBIT AA** is a true and correct copy of a transcript of the audio recording of an October 15, 2012 Assembly Judiciary Committee hearing on A.3552. My office prepared this transcript by listening to and transcribing the recording. The recording is available at

http://www.njleg.state.nj.us/MEDIA/OLS_MEDIA_PLAYER.HTM?wma=!{A}http://rmserver.njleg.state.nj.us/internet/2012/AJU/1015-1000AM-M0-1.wma! .

28. Attached hereto as **EXHIBIT BB** is a true and correct copy of an October 15, 2012, *Star Ledger* article entitled "N.J. bill would increase penalties for human sex trafficking," available at http://www.nj.com/politics/index.ssf/2012/10/nj_bill_would_increase_penalti.html.

29. Attached hereto as **EXHIBIT CC** is a true and correct copy of a May 24, 2012, Salon.com article entitled "Sex ads: It isn't just Backpage.com," available at http://www.salon.com/2012/05/24/sex_ads_it_isnt_just_backpage_com/singleton/. The exhibit omits comments to the article and unrelated material on the website.

30. Attached hereto as **EXHIBIT DD** is a true and correct copy of a February 7, 2011, news article entitled "Study: Facebook replacing Craigslist for prostitutes," available at http://news.cnet.com/8301-17852_3-20030954-71.html. The exhibit omits those pages comprising comments to the article.

31. Attached hereto as **EXHIBIT EE** is a true and correct copy of a January 26, 2012, *Forbes* article entitled "Backpage Takes Heat, But Prostitution Ads Are Everywhere," available at http://www.forbes.com/sites/danielfisher/2012/01/26/backpages-takes-heat-for-prostitution-ads-that-are-everywhere/.

32. Attached hereto as **EXHIBIT FF** is a true and correct copy of a May 18, 2012, article entitled "Sex Trafficking in California: State and Tech Companies Build Alliances to Combat Crime," available at http://www.huffingtonpost.com/2012/05/18/sex-trafficking-in-california_n_1528985.html.

8

I declare under penalty of perjury of the laws of the United States that foregoing is true and correct.

Signed at Seattle, Washington, this 26th day of June, 2013.

_____
Ambika K. Doran