McCUSKER, ANSELMI, ROSEN & CARVELLI, P.C.
Bruce S. Rosen
210 Park Ave., Suite 301
Florham Park, N.J. 07932
Telephone: (973) 635-6300
*Attorneys for Plaintiff Backpage.com, LLC*

BARRY, CORRADO & GRASSI, P.C.
Frank L. Corrado
2700 Pacific Avenue
Wildwood, N.J. 08260
Telephone (609) 729-1333
*Attorneys for The Internet Archive*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

BACKPAGE.COM, LLC,

Plaintiff,

v.

JOHN JAY HOFFMAN, Acting Attorney General of the State of New Jersey; *et al.*;

Defendants, in their official capacities

Civil Action No.: 2:13-CV-03952

---

THE INTERNET ARCHIVE,

Plaintiff,

v.

JOHN JAY HOFFMAN, Acting Attorney General of the State of New Jersey; *et al.*;

Defendants, in their official capacities

Civil Action No.: 2:13-CV-03953

**ORDER TEMPORARILY ENJOINING ENFORCEMENT OF N.J.S.A. § 2C:13-10 AND PROVIDING FOR A BRIEFING SCHEDULE AND HEARING FOR A PRELIMINARY INJUCTION**

**THESE MATTERS**, having come before the Court on the separate Motions of Plaintiffs Backpage.com, LLC and The Internet Archive for Temporary Restraining Orders ("the Motions"), and the Attorney General of the State of New Jersey having entered an appearance on behalf of all Defendants, and the Court having considered the Verified Complaints and other materials filed by Plaintiffs in support of their Motions, the opposition of Defendants, and having heard counsel, the Court finds, concludes and **ORDERS** as set forth on the record and as follows:

## I. FINDINGS AND PRIOR PROCEEDINGS

1. The Human Trafficking Prevention, Protection, and Treatment Act," P.L. 2013, c.51 § 12, codified as N.J.S.A. § 2C:13-10 (the "Act") is scheduled to take effect July 1, 2013.

2. Backpage.com, LLC and The Internet Archive filed their Motions for Orders temporarily restraining implementation of the Act on June 26, 2013, and Defendants responded to the Motion on June 28, 2013, and the Court held a hearing on the Motion on June 28, 2013. Based on the submissions and arguments of the parties, the Court now enters this Order.

## II. CONCLUSIONS OF LAW

3. The Court has found that Plaintiffs have satisfied the grounds for the issuance of a temporary restraining order.

**THEREFORE,** the Court **ORDERS** as follows:

(A) **Defendants are hereby ENJOINED from taking any actions to enforce N.J.S.A. § 2C:13-10b. (1) (Section 12b. (1) of P.L. 2013 c. 51) or pursue prosecution**

**under this specific provision of the Act in any way until further Order of this Court or amendment by appellate order.**

(B) The following briefing and argument schedule regarding entry of a proposed Preliminary Injunction has been entered with consent of the Parties:

i. Defendants shall file an opposition brief no later than July 19, 2013.

ii. Plaintiffs shall file their reply briefs no later than August 2, 2013.

iii. Oral argument shall be held at a time to be set by the Court on August 9, 2013.

**SO ORDERED** this 28 day of June, 2013.

DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE