UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BACKPAGE.COM, LLC.
        plaintiff(s),
    v.

JOHN JAY HOFFMAN, et al
        defendant(s),

2:13cv3952

------------------------------------

THE INTERNET ARCHIVE
        plaintiff(s),
    v.

JOHN JAY HOFFMAN, et al
        defendant(s),

2:13cv3953

This matter having been raised by the court *sua sponte*; and pursuant to Federal Rules of Civil Procedure 42(a), it appears that the above captioned matters involve common questions of fact,

It is on this 3rd day of July 2013,

O R D E R E D  that the above captioned matters be and are hereby consolidated for all purposes under Civil Action No. 2:13cv3952.

DENNIS M. CAVANAUGH, U.S.D.J.