JOHN J. HOFFMAN
Acting Attorney General of New Jersey
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendants

By:   Stuart M. Feinblatt
      Assistant Attorney General
      (609) 984-9666
      Stuart.Feinblatt@lps.state.nj.us

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____ :
                                    :
BACKPAGE.COM, LLC,                  : HON. DENNIS M. CAVANAUGH, U.S.D.J.
                                    :
        Plaintiff,                  :
                                    :
   v.                               : Civil Action No. 13-3952
                                    :
JOHN JAY HOFFMAN, Acting            :
Attorney General of the State of New :
Jersey; et al.,                     :
                                    :
        Defendants.                 :
_____ :
                                    :
THE INTERNET ARCHIVE,               :
                                    :
        Plaintiff,                  : Civil Action No. 13-3953
                                    :
   v.                               :
                                    :
JOHN JAY HOFFMAN, Acting            :
Attorney General of the State of New : Certification of Service
Jersey; et al.,                     :
                                    :
        Defendants.                 :
_____ :

I hereby certify that the Brief in Opposition to Plaintiffs' Motion for a Preliminary Injunction, Declaration of Lisa A. Shea, and Certification of Service were electronically filed with the Clerk of the United States District Court and that copies of these documents will be sent to Plaintiffs' Counsel via CM/ECF and overnight mail.

A courtesy copy of the motion has been sent to Judge Cavanaugh's Chambers via overnight mail.

Respectfully submitted,

JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY

By:   s/Stuart M. Feinblatt
      Stuart M. Feinblatt
      Assistant Attorney General

Dated: July 19, 2013