UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BACKPAGE.COM, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN JAY HOFFMAN, Acting Attorney General of the State of New Jersey, et al.,<br><br>    Defendants, in their official capacities. | : Civil Action No.: 2:13-CV-03952<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| THE INTERNET ARCHIVE,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN JAY HOFFMAN, Acting Attorney General of the State of New Jersey, et al.,<br><br>    Defendants, in their official Capacities. | : Civil Action No.: 2:13-CV-03953<br>:<br>:<br>:<br>:<br>:<br>:<br>**NOTICE OF MOTION** |

TO:    Stuart Feinblatt, DAG
          Office of Attorney General
          Department of Law and Public Safety
          Hughes Justice Complex
          25 West Market Street
          Trenton, NJ 08625

          Bruce Rosen, Esq.
          McCusker, Anselmi, Rosen & Carvelli, PC
          210 Park Avenue, Suite 301
          Florham Park, NJ 07932

          Frank Corrado, Esq.
          Barry, Corrado, Grassi & Gibson
          2700 Pacific Avenue
          Wildwood, NJ 08620

2013 JUL 19 A 11: 14  U.S. DISTRICT COURT

**PLEASE TAKE NOTICE** that on August 9, 2013 at a time to be set by the Court, so that counsel may be heard, the *amici* public interest organizations, social services providers, and citizens groups through their attorney, Penny M. Venetis, will move before the Honorable Dennis M. Cavanaugh, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for entry of an Order granting the leave to appear on behalf of the *amici* listed in Exhibit A of the July 19, 2013 Certification of Penny M. Venetis, Esq., and participate as *amicus curiae* in this matter by filing briefs and presenting oral argument to the Court.

**PLEASE TAKE FURTHER NOTICE** that *amici* will rely upon the attached Certification of Penny M. Venetis in support of this Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also being submitted.

**PLEASE TAKE FURTHER NOTICE** that counsel requests oral argument unless no opposition is received by the Court.

Respectfully submitted,

Penny M. Venetis, Esq.

International Human Rights Clinic
and Constitutional Law Clinic
Rutgers School of Law-Newark
123 Washington Street
Newark, New Jersey 07102

Attorney for *amicus curiae*

Dated: July 19, 2013
Newark, New Jersey