

**McCusker • Anselmi**
**Rosen • Carvelli**
210 Park Avenue, Suite 301, PO Box 240
Florham Park, New Jersey 07932
Tel: 973.635.6300 • Fax: 973.635.6363
www.marc-law.com

BRUCE S. ROSEN
*Director*
Direct: 973.457.0123
Fax: 973.457.0276
brosen@marc-law.com

July 26, 2013

<u>Via ECF</u>
Hon. Dennis M. Cavanaugh, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank R. Lautenberg Federal Building and Courthouse
Newark, NJ 07101

        Re:    **Backpage.com, LLC v. John Jay Hoffman et al.**
                **Docket No. 1303952**

Dear Judge Cavanaugh:

       This firm is local counsel for Plaintiff Backpage.com LLC ("Backpage"). This letter is to memorialize my conversations with your law clerk, and seek the Court's approval, for the following tentative arrangements: Backpage will not be objecting to the <u>motion</u> filed on behalf of various amici by the Rutgers Law School legal clinics. However, Backpage intends to file a brief in opposition to the purported facts and legal points argued in that brief. For expediency's sake, Backpage plans to respond to the amici within the same document as the reply brief to Defendants' submission.

       As a result of this additional briefing, we have made tentative arrangements with your law clerk, subject to the Court's approval, for a three day extension within which to file the reply brief (as well as the opposition to the amici brief). The reply brief was originally due on Friday August 2, and would then be due on Monday August 5, 2013. In addition, Defendants have graciously consented to Backpage filing an over length brief of approximately three additional pages over the 15 page limit for that portion of the document being filed on August 5 that is in reply to Defendant's opposition. Backpage respectfully requests leave to file such an over length brief.

       Defendants have informed me that they have no objection to the above schedule. In addition, for the Court's information, I believe that The Internet Archive, Plaintiff in the consolidated case, is preparing an identical application.

Hon. Dennis M. Cavanaugh, U.S.D.J.                                July 26, 2013
Page 2

        We thank the Court for its courtesies in this matter.

                                               Respectfully submitted,

                                               Bruce S. Rosen

BSR/ds
cc: All parties via ECF