

**BARRY·CORRADO & GRASSI, PC**
ATTORNEYS AT LAW

2700 PACIFIC AVENUE
WILDWOOD, NEW JERSEY 08260
609 729 1333
FAX 609 522 4927
WWW.CAPELEGAL.COM

STEPHEN W. BARRY*
FRANK L. CORRADO
JOSEPH C. GRASSI*♦
SUZANNE PASLEY
CHRISTOPHER GILLIN-SCHWARTZ♦

*CERTIFIED CIVIL TRIAL ATTORNEY
•CERTIFIED CRIMINAL TRIAL ATTORNEY
♦ADMITTED TO PRACTICE IN PENNSYLVANIA AND NEW JERSEY

July 29, 2013

The Honorable Dennis M. Cavanaugh, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank R. Lautenberg Federal Building and Courthouse
Newark, NJ 07101

    Re:  Backpage.com, LLC, v. John Jay Hoffman, et al
        And
        The Internet Archive v. John Jay Hoffman, et al
        Consolidated Docket No. 2:13cv3952

Dear Judge Cavanaugh:

    This firm is local counsel for plaintiff The Internet Archive ("Internet Archive"). This letter memorializes my conversations with your law clerk, and seeks the Court's approval for the following tentative arrangements: Internet Archive will not object to the motion filed on behalf of various amici by the Rutgers Law School legal clinics. However, Internet Archive will file a brief in opposition to certain purported facts and legal points argued in that brief. For expediency's sake, Internet Archive plans to respond to the amici within the same document as the reply brief to Defendants' submission.

    As a result of this additional briefing, we have made tentative arrangements with your law clerk, subject to the Court's approval, for a three-day extension within which to file the reply brief (as well as the opposition to the amici brief). The reply brief was originally due on Friday August 2, and would then be due on Monday August 5, 2013. In addition, defendants

The Honorable Dennis M. Cavanaugh, U.S.D.J.
July 29, 2013
Page 2

have graciously consented to Internet Archive filing an over-length brief of approximately three additional pages over the 15 page limit for that portion of the document being filed on August 5 that is in reply to defendant's opposition. Internet Archive respectfully requests leave to file such an over length brief.

    Defendants have informed me they have no objection to the above schedule.  As I believe the Court is aware, Backpage.com, LLC, plaintiff in the consolidated case, has prepared and filed an identical application.

    We thank the Court for its courtesies in this matter.

                      Respectfully submitted,

                        BARRY, CORRADO & GRASSI, PC

                        Frank L. Corrado

FLC/sh
cc   All Parties via ECF