JOHN J. HOFFMAN
Acting Attorney General of New Jersey
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendants

By:    Eric S. Pasternack
       Deputy Attorney General
       (609) 292-8562
       Eric.Pasternack@dol.lps.state.nj.us

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                 :
BACKPAGE.COM, LLC,        : HON. JOSEPH A. DICKSON, U.S.M.J.
                                 :
       Plaintiff,                 :
                                 :
v.                              : Civil Action No. 13-3952
                                 :
JOHN JAY HOFFMAN, Acting     :
Attorney General of the State of New  :
Jersey; et al.,                 :
                                 :
       Defendants.            :
_____:
                                 :
THE INTERNET ARCHIVE,       :
                                 :
       Plaintiff,                 : Civil Action No. 13-3953
                                 :
v.                              :
                                 : Notice of Motion for Extension
JOHN JAY HOFFMAN, Acting     : of Time to Answer, Move or
Attorney General of the State of New  : Otherwise Respond to the Complaints
Jersey; et al.,                 : as Within Time, Pursuant to
                                 : Fed. R. Civ. P. (6)(b)(2)
       Defendants.            :
_____:

TO:   Clerk of the Court

      Mr. James C. Grant, Esquire
      Davis, Wright, Termaine LLP
      1201 Third Avenue, Suite 2200
      Seattle, Washington 98101-3045

      Mr. Bruce S. Rosen, Esquire
      McCusker, Anselmi, Rosen & Carvelli, PC
      210 Park Avenue, Suite 301
      PO Box 240
      Florham Park, New Jersey 07932

      Mr. Frank L. Corrado, Esquire
      Barry, Corrado, Grassi & Gibson, P.C.
      2700 Pacific Avenue
      Wildwood, New Jersey 08620

      Mr. Matthew Zimmerman, Esquire
      Electronic Frontier Foundation
      815 Eddy Street
      San Francisco, CA 94109

      PLEASE TAKE NOTICE that on Monday, September 3, 2013, the undersigned Acting Attorney General of New Jersey, John J. Hoffman, by Eric S. Pasternack, Deputy Attorney General, on behalf of the Defendants, shall move before the Honorable Joseph A. Dickson, U.S.M.J., in the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, pursuant to Fed. R. Civ. P. 6(b)(1) for an Order extending time in which to answer, move or otherwise reply to Plaintiffs' Complaints to fifteen days from the date of this Court's decision on Plaintiff's applications for a preliminary injunction. In support of that motion, Defendants shall rely on the Certification of Eric S. Pasternack filed

simultaneously with this Notice of Motion, as well as the Statement that No Brief is Necessary pursuant to L. Civ. R. 7.1(d)(4).

It is respectfully requested that this Court rule upon the moving papers submitted, without requiring the appearance of counsel pursuant to Fed. R. Civ. P. 78.

A proposed form of Order is attached hereto.

        JOHN J. HOFFMAN
        ACTING ATTORNEY GENERAL OF NEW JERSEY

By:   s/ Eric S. Pasternack
       Eric S. Pasternack
       Deputy Attorney General

Dated: July 18, 2013