DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101
Telephone:  (206) 622-3150

McCUSKER, ANSELMI, ROSEN & CARVELLI, P.C.
210 Park Ave., Suite 301
Florham Park, N.J. 07932
Telephone: (973) 635-6300

*Attorneys for Plaintiff Backpage.com, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BACKPAGE.COM, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN JAY HOFFMAN, *et al.*,<br><br>    Defendants, in their official capacities. | Civil Action No. 13-3952<br>(Consolidated) |
| THE INTERNET ARCHIVE,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN JAY HOFFMAN, *et al.*,<br><br>    Defendants, in their official capacities. | |

**SUPPLEMENTAL DECLARATION OF AMBIKA K. DORAN IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Ambika K. Doran, declare and state as follows:

1

1.	I am an attorney with the law firm Davis Wright Tremaine LLP, co-counsel for Plaintiff Backpage.com, LLC ("Backpage.com") in this action and admitted pro hac vice in this action.  I make the statements in this Declaration based on personal knowledge and a review of the files and records in this matter and am competent to testify to them.

2.	Attached as **Exhibit A** is a true and correct copy of a March 23, 2012 letter from Backpage.com's counsel, Elizabeth McDougall, to the National Association of Attorneys General.  This copy omits the attachments.

I declare under penalty of perjury of the laws of the United States that foregoing is true and correct.

Signed at Seattle, Washington, this 5th day of August, 2013.

					/s/ Ambika K. Doran
					Ambika K. Doran