UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK												DATE:  9 August 2013

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

Title of Case:								Docket    2:13cv3952

BACKPAGE.COM, LLC, et al   v.   JOHN J. HOFFMAN, et al

Appearances:

Bruce Rosen, James Grant Matt Zimmerman & Frank Corrado, Esq.  for Plaintiffs

Stuart Feinblatt, Susan Scott & Eric S. Pasternick, Esq. DAG for Defendnats

Penny M. Venetis, Esq. Amici from Rutgers School of Law

Nature of proceedings:   Hrg. On Pltf's motion for Preliminary Injunction

Court placed preliminary position on the record

Arguments heard from counsel and Amici

Ruling placed on record.     Granted

Opinion and Order to be filed

Time Commenced     10

Time Adjourned     12

cc: chambers											Scott P. Creegan

												Scott P. Creegan, Deputy Clerk