UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BACKPAGE.COM, LLC, | : Civil Action No.: 2:13-CV-03952 |
| Plaintiff, | : |
| v. | : |
| JOHN JAY HOFFMAN, Acting Attorney General of the State of New Jersey, et al., | : |
| Defendants, in their official capacities. | : |
| | : |
| THE INTERNET ARCHIVE, | : Civil Action No.: 2:13-CV-03953 |
| Plaintiff, | : |
| v. | : |
| JOHN JAY HOFFMAN, Acting Attorney General of the State of New Jersey, et al., | : |
| Defendants, in their official Capacities. | : **ORDER** |

This matter having been duly presented to the Court, and the Court having considered the accompanying Certification and proposed brief it is on this 30th day of Aug, 2013, hereby ORDERED:

Notice of Motion for Leave to Appear as Amicus Curiae is granted.

IT IS SO ORDERED.

_____
The Honorable Dennis M. Cavanaugh
U.S. District Court Judge